JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID LITAKER,<br><br>　　　　　　　Defendant. | Case No: 2:25-cv-01156-MWF (RAOx)<br><br>**JUDGMENT AGAINST DEFAULTED DEFENDANT** |

**DEFAULT JUDGMENT**

On December 22, 2025, the Court **GRANTED** a Motion for Default Judgment (Docket No. 20) in favor of Plaintiff the United States of America.

Good cause having been shown and pursuant to Rules 54 and 55 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment is entered in favor of Plaintiff the United States of America and against Defendant David Litaker
2. The Court quiets title in the property located at 1668 Chestnut Hill Drive, Walnut, California 91789, Assessor's Parcel Number 8712-011-013 (the "Property"), in favor of the Secretary of Housing and Urban Development and against Litaker and all others claiming a legal or equitable interest in the Property, as of December 3, 2020. The legal description of the Property is as follows:

LOT 26 OF TRACT 27338, IN THE CITY OF WALNUT, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 734, PAGES 33 TO 36, INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM OR FROM ANY PORTION THEREOF AS THEREIN PROVIDED, ALL OILS, GAS AND OTHER HYDROCARBON SUBSTANCES BELOW 500 FEET FROM THE SURFACE THEREOF, AS RESERVED IN DEED RECORDED FEBRUARY 15, 1962 AS INSTRUMENT NO. 2926, OF OFFICIAL RECORDS.

ALSO EXCEPTING ANY OILS, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN, UNDER AND/OR THAT MAY BE PRODUCED FROM A DEPTH BELOW 500 FEET FROM THE SURFACE OF SAID LAND OR PART THEREOF, NOT PREVIOUSLY RESERVED IN DEED RECORDED FEBRUARY 15, 1962 AS INSTRUMENT NO. 2926, OFFICIAL RECORDS AND IN DEED RECORDED AUGUST 31, 1965 AS INSTRUMENT NO. 1876, OFFICIAL RECORDS.

3. The Grant Deed recorded on August 24, 2022, as document number 20220844241 in the Official Records of the Recorder's Office of Los Angeles County, California is cancelled and is null and void and without any legal effect.

4. The Grant Deed recorded on November 4, 2022, as document number 20221048463 in the Official Records of the Recorder's Office of Los Angeles County, California is cancelled and is null and void and without any legal effect.

5. Plaintiff is entitled to its costs incurred herein.

IT IS SO ORDERED.

Dated:  December 22, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge